GEOFFREY A. HANSEN
Acting Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant OLIVER COOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11- 264 WHA |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING SENTENCING** |
| vs. ) | |
| ) | |
| CRAIG OLIVER COOPER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The defendant's counsel must be in San Jose for administrative meetings all day on May 1, 2012, and cannot readily change the date of these meetings. Moreover, it appears that the defendant has been charged with a misdemeanor offense in state court since his last appearance in this Court, and that state offense will be resolved this coming Friday. Unfortunately, the Probation Officer assigned to this case is out on leave this week, and cannot evaluate the effect of this state offense or file an amended Form 12 before May 1, 2012, which would likely mean that the matter would have to be continued regardless of counsel's unavailability.

As a result, the parties hereby stipulate that the sentencing in this matter be continued one week until May 8, 2012, at 2:00 p.m.

IT IS SO STIPULATED.

Stip to Cont Sentencing, CR 11-264 WHA         1

Date:  4/27/2012 _____/s/_____
GEOFFREY A. HANSEN
ACTING FEDERAL PUBLIC DEFENDER

Date: 4/27/2012 _____/s/_____
HARTLEY WEST
ASSISTANT UNITED STATES ATTORNEY

**IT IS SO ORDERED.**

Date:  April 27, 2012. _____

William Alsup
UNITED STATES DISTRICT JUDGE

Stip to Cont Sentencing, CR 11-264 WHA                2